No. 89–1654. ALABAMA v. FREEMAN. Ct. Crim. App. Ala. Certiorari denied.

No. 89–1656. GOOT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–1672. POWELL v. PARSONS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 89–1675. CARTER ET AL. v. GOLDBERG, COMMISSIONER OF INTERNAL REVENUE, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 89–1683. WATER POWER CO., INC., ET AL. v. PACIFICORP ET AL. Ct. App. Ore. Certiorari denied.

No. 89–1691. DUNN ET AL. v. FLORIDA BAR ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–1705. ATLAS CORP. ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 89–1707. LANDANO v. RAFFERTY, SUPERINTENDENT, RAHWAY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1708. KOUNO v. OREGON STATE BOARD OF HIGHER EDUCATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1711. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–1716. PUEBLO OF SANTO DOMINGO v. RAEL ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–1721. COX v. KEYSTONE CARBON CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1723. JONES v. BASKIN FLAHERTY ELLIOTT & MANNINO, P. C. C. A. 3d Cir. Certiorari denied.